# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Terry Nguyen<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: _____ |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 17, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

   _____   3M Company

   _____   3M Occupational Safety LLC

   _____   Aearo Holding LLC

   _____   Aearo Intermediate LLC

   _____   Aearo LLC

   _____   Aearo Technologies LLC

## II. PLAINTIFF(S)

2. Name of Plaintiff:

   > Terry Nguyen

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

2

5. State(s) of residence of Plaintiff(s):

California

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

    X    Yes

    ___  No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

    X    Hearing loss

    ___  Sequelae to hearing loss

    X    Other [specify below]

Tinnitus

3

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    _____     Count I – Design Defect – Negligence

    _____     Count II – Design Defect – Strict Liability

    _____     Count III – Failure to Warn – Negligence

    _____     Count IV – Failure to Warn – Strict Liability

    _____     Count V – Breach of Express Warranty

    _____     Count VI – Breach of Implied Warranty

    _____     Count VII – Negligent Misrepresentation

    _____     Count VIII – Fraudulent Misrepresentation

    _____     Count IX – Fraudulent Concealment

    _____     Count X – Fraud and Deceit

    _____     Count XI – Gross Negligence

    _____     Count XII – Negligence Per Se

    _____     Count XIII – Consumer Fraud and/or Unfair Trade Practices

    _____     Count XIV – Loss of Consortium

    _____     Count XV – Unjust Enrichment

    _____     Count XVI – Punitive Damages

_____   Count XVII – Other [specify below]

[ ]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

[ ]

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

[ ]

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 9/3/24

*Terry Nguyen*

9/3/2024

To the Honorable's Rodgers and Cannon,

Please accept my apology as I have missed my opportunity to file a claim under the 3M earplug lawsuit back in 2019. I was made aware of this lawsuit and filed a claim in the beginning of 2020 and during that time, I contracted COVID twice and was waiting for a response or an update for my claim to which I did not receive any. As I gave more time I didn't follow up with the claim as it was low on my priority list due to family and childcare issues. When I recently find out the lawsuit had reached a settlement, I attempted to contact several law firms to see if I can file a personal injury for the 3M lawsuit but due to statute of limitations, the window was only open for two years (California). I was told to reach out to you for a request to extending the motion to file on filing under the Short Form Complaint form.

I served in Iraq in April 2003 until April 2004 in the 870th MP Company and was stationed in Karbala and Baghdad conducting law and order missions, convoy security, riot control and corrections. During my time out there, we were issued 3M earplugs which I used due to constant attacks with small arms fire, mortars, grenades and IED'S. When I came back to the United States, I filed a claim for tinnitus and hearing loss only to which I was denied at first because they had my medical or service records at the time. I appealed the claim to which they granted me for tinnitus in June 2008. Since I've been back I've been dealing with ringing in my ears, difficulty hearing during normal conversation, sensitive to loud noises, migraines and PTSD which all of these have been contributed due to the hearing protection they provided for me. All of this has been documented in my medical records.

I am currently a Police Officer here in California and Mrs. Bajzik informed me if I do intend on filing this Short Form Complaint, I would have to do an in person status conference before you. I humbly I request a virtual conference call via Zoom, Teams, FaceTime due to my location if possible. I submitted the following documents that are required for my claim:

Master Short Form Complaint

DD-214

Medical Record

Service connection for tinnitus

If there's anything else you need, please let me know. Thank you for your time and consideration.

Regards,

Sgt. Terry Nguyen, Police Officer, Department of Veterans Affairs





UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®
UPS Ground
UPS Standard
UPS 3 Day Select®

following services:
this envelope for:

0.6 LBS LTR 1 OF 1
SHP WT: 1 LBS
DATE: 03 SEP 2024

TERRY NGUYEN
(408) 757-3022
199 MONTEVINA WAY
HAYWARD CA 94545

SHIP CLERK US DISTRICT
TO: COURT NORTHERN DIST OF FLORIDA
1 N PALAFOX ST

PENSACOLA FL 32502-5665

FL 325 0-11

UPS 2ND DAY AIR
TRACKING #: 1Z 3YR 945 02 7181 5266

BILLING: P/P

ISH 13.00F ZZP 450 34.5V 01/2024

erving you for more than 110 years
United Parcel Service.®

sit UPS.com
Apply shipping document

Scan QR code to
schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments containing electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Post-consumer Content